IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB, | 4:21CV3058 |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF NEBRASKA, et al. | |
| Defendants. | |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (Filing 41) is denied, as moot.
2. Plaintiff's motion for court to set deadline to answer interrogatories (Filing 43) is denied. The response time prescribed by the Federal Rules of Civil Procedure will apply. *See* Fed.R.Civ.P. 33(b)(2).

Dated this 5th day of August 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge