IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE STREETER, PATTY OSTERHOUSE, CRAIG COOPER, SASHA WEHRBIN, JOSH RAY, ANDREW LIGHTHALL, ASHTON KROGMAN, MEYERS DAVIS, WARNER DUTTON, and EDO KENIABARIDO, in their individual capacities,<br><br>    Defendants. | 4:21CV3058<br><br>ORDER |

IT IS ORDERED that Plaintiff's motion for service of process (Filing 53) is denied.

Dated this 1st day of November 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge