IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>        Plaintiff,<br><br>vs.<br><br>MIKE STREETER; PATTY OSTERHOUSE; CRAIG COOPER; SASHA WEHRBIN; JOSH RAY; ANDREW LIGHTHALL; ASHTON KROGMAN; MEYERS DAVIS; WARNER DUTTON; and EDO KENIABARIDO,<br><br>        Defendants. | 4:21CV3058<br><br>**ORDER** |

      IT IS ORDERED that the motion for extension of time filed by Defendants Streeter, Osterhouse, Cooper, Dutton, and Keniabarido (Filing 63) is granted, as follows: Said Defendants shall have until January 3, 2022 to respond to Plaintiff's Amended Complaint.

      Dated this 22nd day of November 2021.

                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  Richard G. Kopf
                                  Senior United States District Judge