IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>           Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>           Defendants. | 4:21CV3058<br><br>**MEMORANDUM AND ORDER** |

    Plaintiff has filed a motion requesting leave to serve interrogatories (Filing 66). No discovery in pro se civil cases assigned to a district judge may take place until a progression order is entered unless the court orders otherwise. General Order No. 2020-01 (Filing 7). No progression order has been entered in this case, and Plaintiff has not demonstrated good cause for expedited discovery.

    IT IS THEREFORE ORDERED that Plaintiff's Motion to Serve Interrogatories (Filing 66) is denied.

    Dated this 30th day of November 2021.

                                                     BY THE COURT:

                                                     *Richard G. Kopf*
                                                     Richard G. Kopf
                                                     Senior United States District Judge