IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>        Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>        Defendants. | 4:21CV3058<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's "motion opposing the motion for leave to amend answer of Defendant Andrew Lighthall" (Filing 71) is granted in part and denied in part, as follows:

1. The Clerk of Court shall send Plaintiff without cost a copy of Defendant Andrew Lighthall's "response in denial of Plaintiff's amended complaint and request to dismiss all claims" (Filing 62).

2. In all other respects the motion is denied.

Dated this 7th day of December 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge