IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YOHAN WEBB,

               Plaintiff,

    vs.

MIKE STREETER; PATTY
OSTERHOUSE; CRAIG COOPER;
SASHA WEHRBIN; JOSH RAY;
ANDREW LIGHTHALL; ASHTON
KROGMAN; MEYERS DAVIS;
WARNER DUTTON; and EDO
KENIABARIDO,

               Defendants.

**4:21CV3058**


**ORDER**


     IT IS ORDERED that the motion for extension of time filed by Defendant Josh Ray (Filing 74) is granted, as follows: Said Defendant shall have until January 3, 2022 to respond to Plaintiff's Amended Complaint.

     Dated this 9th day of December 2021.

                    BY THE COURT:

                    *Richard G. Kopf*

                    Richard G. Kopf
                    Senior United States District Judge