IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>   Plaintiff,<br><br>vs.<br><br>MIKE STREETER; PATTY OSTERHOUSE; CRAIG COOPER; SASHA WEHRBIN; JOSH RAY; ANDREW LIGHTHALL; ASHTON KROGMAN; MEYERS DAVIS; WARNER DUTTON; and EDO KENIABARIDO,<br><br>   Defendants. | 4:21CV3058<br><br>**ORDER** |

  IT IS ORDERED that the motion for extension of time filed by Defendants Ashton Krogman and Davis Myers (Filing 75) is granted, as follows: Said Defendants shall have until January 3, 2022, to respond to Plaintiff's Amended Complaint.

  IT IS FURTHER ORDERED that the Clerk of the Court shall correct Defendant Davis Myers name on the docket sheet (currently shown as Myers Davis).

  Dated this 10th day of December 2021.

            BY THE COURT:

            *Richard G. Kopf*
            Richard G. Kopf
            Senior United States District Judge