IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>　　　　　　Defendants. | 4:21CV3058<br><br>**MEMORANDUM<br>AND ORDER** |

Plaintiff has filed two requests for the court "to take judicial notice" (Filings 111 and 112). Liberally construed, Plaintiff is requesting reconsideration of the court's Memorandum and Order that was entered on January 20, 2022 (Filing 109), and asserting he is entitled to a clerk's entry of default against Defendant Sasha Wehrbin under Rule 55(a).

As the court explained in its Memorandum and Order, this Defendant was not served with summons. The summons that was issued for service at the Lincoln Regional Center was returned unexecuted by the U. S. Marshal on January 14, 2022. See Filing 106.

IT IS ORDERED that Plaintiff's motions for reconsideration (Filings 111 and 112) are denied in all respects.

Dated this 2nd day of February 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge