IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>                Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>                Defendants. | 4:21CV3058<br><br>**MEMORANDUM<br>AND ORDER** |

    Plaintiff has filed a motion for issuance of summons to Defendant Sasheeny Wehrbein (Filing 118), which would be a useless act because this Defendant has entered a voluntary appearance.

    IT IS THEREFORE ORDERED that Plaintiff's motion for summons (Filing 118) is denied.

    Dated this 23rd day of February, 2022.

                                                BY THE COURT:

                                                *Richard G. Kopf*

                                                Richard G. Kopf
                                                Senior United States District Judge