IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>　　　　　　Defendants. | 4:21CV3058<br><br>**MEMORANDUM<br>AND ORDER** |

　　The clerk's office is in receipt of two requests from Plaintiff which have been docketed as motions.

　　In Filing 120, Plaintiff requests a current copy of his inmate trust account ledger. Plaintiff must contact his institution for this information because it is not maintained by the court.

　　In Filing 121, Plaintiff asks whether this case has been or will be removed from the pro se docket. The case has not been removed from the pro se docket, and will not be removed unless Plaintiff "retains counsel, counsel enters an appearance, or the court appoints counsel." General Order No. 2020-01, ¶ 5.

　　IT IS THEREFORE ORDERED:

1. Plaintiff's motion for copies (Filing 120) is denied.

2. Plaintiff motion for status update (Filing 121) is granted only to the extent stated above.

　　Dated this 24th day of February, 2022.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　Senior United States District Judge