IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>               Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>               Defendants. | 4:21CV3058<br><br>**MEMORANDUM<br>AND ORDER** |

      Plaintiff has requested an extension of time to serve discovery requests (Filing 123). This motion will be denied because Plaintiff has not demonstrated good cause to modify the progression schedule. *See* Fed. R. Civ. P. 16(b)(4). Plaintiff indicates he does not know how to prepare requests for admission, but the procedure is set out in Rule 36 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 36(a)(1) & (2); *see also* NECivR 36.1. Discovery requests may be served as provided in Rule 5 of the Federal Rules of Civil Procedure. Discovery requests must not be filed with the court until needed for trial, resolution of a motion, or on the court's order. *See* NECivR 5.4(a).

      Plaintiff has also requested that Defendants be required to make initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure (Filing 124). This request will be denied because pro se civil cases are exempted from that rule. *See* General Order No. 2020-01 (Filing 7) ¶ 17.

      IT IS THEREFORE ORDERED:

1. Plaintiff's motion for extension of time (Filing 123) is denied.

2. Plaintiff's motion for initial disclosures (Filing 124) is denied.

Dated this 3rd day of March, 2022.

                                                         BY THE COURT:

                                                         *Richard G. Kopf*
                                                         Richard G. Kopf
                                                         Senior United States District Judge