IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>              Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>              Defendants. | 4:21CV3058<br><br>**MEMORANDUM<br>AND ORDER** |

      On March 2, 2022, the clerk's office received correspondence from Plaintiff which was docketed as a motion for clarification of the court's Memorandum and Order dated February 23, 2022 (Filing 119). Plaintiff asks, "What date did the Defendant [Sasheeny Wehrbein] enter a voluntary appearance, …?" (Filing 127).

      As Plaintiff knows, the Nebraska Attorney General filed an Answer on behalf of Sasheeny (Sasha) Wehrbein and other Defendants in their individual capacities on January 3, 2022. This was a voluntary appearance for Wehrbein, who had not been served with summons.

      An "appearance" is "[a] coming into court as a party or interested person, or as a lawyer on behalf of a party or interested person; esp., a defendant's act of taking part in a lawsuit, whether by formally participating in it or by an answer, demurrer, or motion, …" and a "voluntary appearance" is [a]n appearance entered by a party's own will, without the service of process." Black's Law Dictionary (11th ed. 2019).

      IT IS ORDERED that Plaintiff's motion for clarification (Filing 127) is granted only to the extent stated above.

      Dated this 4th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge