IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>              Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.<br><br>              Defendants. | 4:21CV3058<br><br>**MEMORANDUM<br>AND ORDER** |

      Plaintiff has filed a motion to modify the case progression schedule to move the deadline for filing a motion to amend the pleadings beyond the deadlines for completing depositions and filing motions to compel discovery. (Filing 131.) The motion will be denied because Plaintiff has failed to demonstrate good cause for changing the normal case progression sequence. *See* Fed. R. Civ. P. 16(b)(4). The deadline for amending pleadings was intentionally set before the other deadlines so that discovery could be conducted on any permitted amended pleadings within the fact discovery period. *See Leftwich, trustee of Leftwich v. Cty. of Dakota*, No. CV 18-1144 (JNE/BRT), 2019 WL 1530160, at *5 (D. Minn. Apr. 9, 2019) (denying plaintiff's motion to modify progression schedule and to amend complaint), *aff'd,* No. 18-CV-1144 (JNE/BRT), 2019 WL 2865648 (D. Minn. July 3, 2019), *aff'd sub nom. Leftwich trustee of statutory class of next of kin to Leftwich v. Cty. of Dakota*, 9 F.4th 966 (8th Cir. 2021).

      IT IS THEREFORE ORDERED that Plaintiff's motion to modify the case progression schedule (Filing 131) is denied.

      Dated this 30th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge