IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MIKE STREETER, in his individual capacity; PATTY OSTERHOUSE, in her individual capacity; CRAIG COOPER, in his individual capacity; SASHA WEHRBIN, in her individual capacity; JOSH RAY, in his individual capacity; ANDREW LIGHTHALL, in his individual capacity; ASHTON KROGMAN, in his individual capacity; DAVIS MEYERS, in his individual capacity; WARNER DUTTON, in his individual capacity; and EDO KENIABARIDO, in his individual capacity;<br><br>　　　　　Defendants. | 4:21CV3058<br><br>**ORDER** |

　　　　This matter is before the court on Plaintiff's Notice of Appeal (filing 175) and a memorandum from the Clerk of the Court requesting a ruling as to Plaintiff's authorization to proceed in forma pauperis on appeal (filing 176). Upon review, it is apparent that Plaintiff seeks to amend and supplement an earlier Notice of Appeal (filing 154). Accordingly,

　　　　IT IS ORDERED that:

　　　　1.　　The Clerk of the Court is directed to transmit Plaintiff's Notice of Appeal (filing 175) to the Eighth Circuit Court of Appeals as a supplement to

Plaintiff's Interlocutory Appeal (filing 154; *see also* filing 157) docketed in the Eighth Circuit Court of Appeal as No. 22-1785 (filing 162).

2. To the extent a ruling on Plaintiff's authorization to proceed in forma pauperis is required, Plaintiff may not proceed in forma pauperis on appeal for the reasons stated in the court's April 15, 2022 Memorandum and Order (filing 156).

Dated this 17th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge