IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>  Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>  Defendants. | 4:21CV3058<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's eighth motion to appoint counsel (Filing 174). The pending motion is substantially the same as Plaintiff's seventh motion to appoint counsel (Filing 150), in which Plaintiff complained that the court would not pay the cost of Plaintiff deposing a Defendant. See Memorandum and Order entered on April 6, 2022 (Filing 140). The only intervening event of note was the court's denial of Plaintiff's subsequent motion to depose additional Defendants. See Memorandum and Order entered on May 2, 2022 (Filing 165). Because Plaintiff offers no new reasons why counsel should be appointed, the pending motion will be denied for the same reasons stated in the court's April 21, 2022 Memorandum and Order (Filing 163) denying his seventh motion to appoint counsel.[1]

IT IS THEREFORE ORDERED that Plaintiff's renewed motion to appoint counsel (Filing 174) is denied without prejudice.

Dated this 2nd day of June, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge

---

[1] Plaintiff has filed notice of appeals from the court's orders. See Filings 154, 166, and 175.