IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>        Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>        Defendants. | 4:21CV3058<br><br>**ORDER** |

IT IS ORDERED:

1. Defendants' motion to file Plaintiff's medical treatment records under seal (Filing 186) is granted.

2. Plaintiff's motion for extension of time (Filing 194) is granted, as follows: Plaintiff shall have an additional 30 days, until August 4, 2022, to respond to Defendants' motion for summary judgment (Filing 188).

Dated this 27th day of June 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge