IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>   Plaintiff,<br><br>vs.<br><br>MIKE STREETER, et al.,<br><br>   Defendants. | 4:21CV3058<br><br>**ORDER** |

For good cause shown,

IT IS ORDERED that Defendant's motion to suspend case progression deadlines (Filing 205) is granted, as follows:

The Order Setting Schedule for Progression of Case (Filing 114) is modified to provide that the Final Pretrial Conference scheduled for August 16, 2022, is cancelled, and the deadlines for preparation of the Order on Final Pretrial Conference shall no longer apply. The Final Pretrial Conference will be rescheduled as necessary.

Dated this 11th day of July 2022.

              BY THE COURT:

              *Richard G. Kopf*
              Richard G. Kopf
              Senior United States District Judge