# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>          Plaintiff,<br><br>    vs.<br><br>MIKE STREETER, et al.,<br><br>          Defendants. | **4:21CV3058**<br><br><br>**ORDER** |

After careful consideration,

IT IS ORDERED that Defendant's motions; filing no. [196] Motion to Join, filing no. [211] Motion to Appoint Counsel, filing no. [213] Motion to Request Discovery, and filing no. [215] Motion for Reconsideration are DENIED.

Dated this 27th day of July 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge