IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YOHAN WEBB,

              Plaintiff,

    vs.

MIKE STREETER, et al.,

              Defendants.

**4:21CV3058**

**ORDER**

IT IS ORDERED:

1.    Plaintiff's motion to unseal medical records (Filing 218) is granted to the following extent:

    The Clerk of the Court is directed to change the status of Filing 187 from "sealed" under NECivR 7.5 to "restricted" under NECivR 5.3.

2.    The court's Order entered on July 27, 2022 (Filing 217) is amended nunc pro tunc to read:

    <u>Plaintiff's</u> motions; filing no. 196 Motion to Join, filing no. 211 Motion to Appoint Counsel, filing no. 213 Motion to Request Discovery, and filing no. 215 Motion for Reconsideration are DENIED.

Dated this 1st day of August 2022.

              BY THE COURT:

              *Richard G. Kopf*

              Richard G. Kopf
              Senior United States District Judge